**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Missouri__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   HH St. Louis Railway LP

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ — ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | c/o Hudson St. Louis Real Estate Manager, LLC | CT Corporation, Registered Agent |
   | Number  Street | 120 South Central Ave., Suite 400 |
   | 600 Locust Street | Number  Street |
   | | P.O. Box |
   | St. Louis       MO  63101 | Clayton       MO  63105 |
   | City            State  ZIP Code | City          State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | | 600-610 Olive St. |
   | St. Louis City | Number  Street |
   | County | |
   | | St. Louis       MO  63101 |
   | | City          State  ZIP Code |

Official Form 205 — Involuntary Petition Against a Non-Individual — page 1

Debtor _____HH St. Louis Railway HP_____  Case number (if known)_____
        Name

6. Debtor's website (URL) _____

7. Type of debtor
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
            District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

            Debtor _____ Relationship _____
            District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

**Part 3:  Report About the Case**

10. Venue

    Check one:

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

| Debtor | HH St. Louis Railway LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Fred Lafser, Lafser & Associates | unpaid invoices for work done | $ 16,500.00* |
| Development Strategies | unpaid invoices for work done | $ 11,027.38 |
| Western States Fire Protection Company | unpaid invoices for work done | $ 66,517.46 |
| | Total of petitioners' claims | $ 94,044.84 |

*Subject to increase following further invoice and payment reconciliation.

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Lafser & Associates, Inc.
Name

1000 South Newstead Ave., Suite 2
Number Street

St. Louis / MO / 63110
City / State / ZIP Code

Name and mailing address of petitioner's representative, if any

Fred A. Lafser, Lafser & Associates, Inc.
Name

1000 South Newstead Ave., Suite 2
Number Street

St. Louis / MO / 63110
City / State / ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/7/2019

X _Fred A Lafser_, President
Signature of petitioner or representative, including representative's title

J. Talbot Sant, Jr.
Printed name

Affinity Law Group, LLC
Firm name, if any

1610 Des Peres Road, Suite 100
Number Street

St. Louis / MO / 63131
City / State / ZIP Code

Contact phone 314.872.3333  Email tsant@affinitylawgrp.com

Bar number 35324

State Missouri

X _[signature]_
Signature of attorney

Date signed 11/8/2019

| Debtor | HH St. Louis Railway LP | Case number (if known) |
|---|---|---|

**Name and mailing address of petitioner**

Western States Fire Protection Company
Name

7020 S. Tucson Way
Number   Street

| Centennial | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Walter J. Downing
Name

7020 S. Tuscon Way
Number   Street

| Centennial | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 06 / 2019
MM / DD / YYYY

X _Walt___, VP and General Counsel
Signature of petitioner or representative, including representative's title

J. Talbot Sant, Jr.
Printed name

Affinity Law Group, LLC
Firm name, if any

1610 Des Peres Road, Suite 100
Number   Street

| St. Louis | MO | 63131 |
|---|---|---|
| City | State | ZIP Code |

Contact phone 314.872.3333   Email tsant@affinitylawgrp.com

Bar number 35324

State Missouri

X _[signature]_
Signature of attorney

Date signed 11 - 8 - 19
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Development Strategies, Inc.
Name

10 South Broadway, Suite 1500
Number   Street

| St. Louis | MO | 63102 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Brad Beggs, Development Strategies Inc.
Name

10 South Broadway, Suite 1500
Number   Street

| St. Louis | MO | 63102 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 4 / 2019
MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

J. Talbot Sant, Jr.
Printed name

Affinity Law Group, LLC
Firm name, if any

1610 Des Peres Road, Suite 100
Number   Street

| St. Louis | MO | 63131 |
|---|---|---|
| City | State | ZIP Code |

Contact phone 314.872.3333   Email tsant@affinitylawgrp.com

Bar number 35324

State Missouri

X _[signature]_
Signature of attorney

Date signed 11 - 8 - 19
MM / DD / YYYY