# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

In re: ) Chapter 7
)
HH St. Louis Railway LP )
)
Debtor. )

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel **for Development Strategies creditor** in the above matter, certifies that the following is a corporation, other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None.

Date: November 5, 2019

_____
Brad Beggs, President
Development Strategies

_____
J. Talbot Sant, Jr., 35324MO
Affinity Law Group, LLC
1610 Des Peres Road, Suite 100
St. Louis, Missouri 63131
(314) 872-3333 Telephone
(314) 872-3365 Facsimile
tsant@affinitylawgrp.com
Attorney for Petitioning Creditors,
Lafser & Associates, Development
Strategies, Torrisi Plumbing Services, Inc.