summoninvol (Rev 06/16)

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri

In re:
HH St. Louis Railway LP
**Debtor***

**Bankruptcy Case No.:** 19–47030 – A705

**Chapter:** 7

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on 11/8/19, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the Clerk:

> **United States Bankruptcy Court**
> **Eastern District of Missouri**
> **111 South Tenth Street, 4th Floor**
> **St. Louis, MO 63102**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.
Name and Address of Petitioner's Attorney:

> **J. Talbot Sant**
> **Affinity Law Group**
> **1610 Des Peres Rd.**
> **St. Louis, MO 63131**

If you make a motion, your time to answer is governed by the Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.



*Dana C. McWay*

_____
**Clerk of the Bankruptcy Court**

**Dated: 11/12/19**

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

**CERTIFICATE OF SERVICE**

I, _____ (name), certify that on _____ (date), I served this summons

and a copy of the involuntary petition on _____ (name), the debtor in this case, by

*[describe the mode of service and the address at which the debtor was served]:*




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


_____                _____
                  *Date*                                                        *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |