# AFFIDAVIT OF SERVICE

State of Missouri                                                                                  County of Saint Louis

Case Number: 19-47030-A705

Plaintiff:
**IN RE; HH ST.LOUIS RAILWAY,L.P.**

vs.

Defendant:

For:
AFFINITY LAW GROUP,LLC.
1610 Des Peres Rd.
Suite 100
St.Louis, MO 63131

Received by A.A.A. PROCESS SERVICE, INC. to be served on **HH ST.LOUIS RAILWAY,L.P. C/O CT CORPORATION SYSTEM-REGISTERED AGENT, 120 S. CENTRAL AVE., CLAYTON, MO 63105.**

I, Robert A. Anderson License #256, being duly sworn, depose and say that on the **13th day of November, 2019** at **3:20 pm, I:**

I Served the within named corporation by delivering a true copy of a **SUMMONS TO DEBTOR IN INVOLUNTARY CASE** with the date and hour of service endorsed thereon by me to BONNIE LOVE as the INTAKE SPECIALIST of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing.

Subscribed and Sworn to before me on the 13th day of November, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Robert A. Anderson License #256
Special Process Server

A.A.A. PROCESS SERVICE, INC.
P.O. Box 21788
St. Louis, MO 63109-0788
(314) 351-7979

Our Job Serial Number: RAC-2019001065

B.R. ANDERSON
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned for Jefferson County
My Commission Expires: February 17, 2023
Commission # 14145162

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1a

**CERTIFICATE OF SERVICE**

I, Robert A. Anderson (name), certify that on 11/13/19 @3:20 (date), I served this summons and a copy of the involuntary petition on HH St. Louis Railway, L.P. (name), the debtor in this case, by

[describe the mode of service and the address at which the debtor was served]: I Served Bonnie Love - Intake Specialist for The CT Corporation The Registered Agent for the entity served. The Service address was 120 S. Central Ave. Clayton, MO 63105.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

11/13/19
Date

[Signature] #256
Signature

| Print Name | Robert A. Anderson | | |
|---|---|---|---|
| Business Address | P.O. Box 21788 | | |
| City St. Louis | | State Missouri | Zip 63109 |