☒ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7

☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

HH St. Louis Railway LP

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

_____

_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5. Debtor's address**

**Principal place of business**

c/o Hudson St. Louis Real Estate Manager, LLC
Number          Street

600 Locust Street

St. Louis _____ MO  63101
City                          State   ZIP Code

St. Louis City
County

**Mailing address, if different**
Serve:
CT Corporation, Registered Agent
120 South Central Ave., Suite 400
Number          Street

P.O. Box

Clayton _____ MO  63105
City                          State   ZIP Code

**Location of principal assets, if different from principal place of business**

600-610 Olive Street
Number          Street

St. Louis _____ MO  63101
City                          State   ZIP Code

6. **Debtor's website** (URL) _____

7. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD / YYYY

| Part 3: | Report About the Case |

10. **Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Fred Lafser, Lafser & Associates | unpaid invoices | $ 16,500.00* |
| Development Strategies | unpaid invoices | $ 11,027.38 |
| Western States Fire Protection Company | unpaid invoices | 66,517.46 |
| HBS, Co. dba Hudson Services | money owed for services rendered | $ 21,503.15 |
| | Total of petitioners' claims | $ 115,547.99 |

*Subject to increase following further invoice and payment reconciliation.

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

---

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

| Lafser & Associates, Inc. | |
|---|---|
| Name | |
| 1000 South Newstead Ave., Suite 2 | |
| Number    Street | |
| St. Louis | MO | 63110 |
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

| Fred A. Lafser | |
|---|---|
| Name | |
| 1000 South Newstead Ave., Suite 2 | |
| Number    Street | |
| St. Louis | MO | 63110 |
| City | State | ZIP Code |

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  11 / 7 / 2019
              MM / DD / YYYY

x _Fred A. Lafser_, President
Signature of petitioner or representative, including representative's title

| J. Talbot Sant, Jr. | |
|---|---|
| Printed name | |
| Affinity Law Group, LLC | |
| Firm name, if any | |
| 1610 Des Peres Road, Suite 100 | |
| Number    Street | |
| St. Louis | MO | 63131 |
| City | State | ZIP Code |

Contact phone  314.782.3333    Email  tsant@affinitylawgrp.com

Bar number  35324

State  Missouri

x _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

Debtor  HH St. Louis Railway LP
Name

Case number (if known) 19-47030

---

Name and mailing address of petitioner

Western States Fire Protection Company
Name

7020 S. Tucson Way
Number    Street

Centennial                  CO        80112
City                        State     ZIP Code

Name and mailing address of petitioner's representative, if any

Walter J. Downing
Name

7020 S. Tuscon Way
Number    Street

Centennial                  CO        80112
City                        State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 06 / 2019
           MM / DD / YYYY

✗ _Wacta Jun_, VP and General Counsel
Signature of petitioner or representative, including representative's title

J. Talbot Sant, Jr.
Printed name

Affinity Law Group, LLC
Firm name, if any

1610 Des Peres Road, Suite 100
Number    Street

St. Louis                   MO        63131
City                        State     ZIP Code

Contact phone 314.872.3333  Email tsant@affinitylawgrp.com

Bar number 35324

State      Missouri

✗ _[signature]_
Signature of attorney

Date signed 11 – 8 – 19
            MM / DD / YYYY

---

Name and mailing address of petitioner
Development Strategies, Inc.
Name

10 South Broadway, Suite 1500
Number    Street

St. Louis                   MO        63102
City                        State     ZIP Code

Name and mailing address of petitioner's representative, if any

Brad Beggs , Development Strategies Inc.
Name

10 South Broadway, Suite 1500
Number    Street

St. Louis                   MO        63102
City                        State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 4 / 2019
           MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

J. Talbot Sant, Jr.
Printed name

Affinity Law Group, LLC
Firm name, if any

1610 Des Peres Road, Suite 100
Number    Street

St. Louis                   MO        63131
City                        State     ZIP Code

Contact phone 314.872.3333  Email tsant@affinitylawgrp.com

Bar number 35324

State      Missouri

✗ _[signature]_
Signature of attorney

Date signed 11 – 8 – 19
            MM / DD / YYYY

---

Name and mailing address of petitioner
HBS, Co. dba Hudson Services

Name
314 N. Jefferson Ave.

Number  Street
St. Louis                    Missouri  63103
City                          State        ZIP Code

Name and mailing address of petitioner's representative, if any
William Hudson, President
HBS, Co. dba Hudson Services
Name
314 N. Jefferson Ave.

Number  Street
St. Louis                    Missouri  63103
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2019
MM / DD / YYYY

✖ _Wilem Hod_
Signature of petitioner or representative, including representative's title

J. Talbot Sant, Jr.
Printed name
Affinity Law Group
Firm name, if any
1610 Des Peres Rd.
Number  Street
St. Louis                    MO        63131
City                          State        ZIP Code

Contact phone  314.872.3333  Email  tsant@affinitylawgrp.com

Bar number  35324

State  MO

✖ _[signature]_
Signature of attorney

Date signed  11/22/2019
MM / DD / YYYY

Name and mailing address of petitioner

Name

Number  Street

City                          State        ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number  Street

City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✖
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number  Street

City                          State        ZIP Code

Contact phone          Email

Bar number

State

✖
Signature of attorney

Date signed
MM / DD / YYYY