**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 19-47030-705 |
| | ) Honorable Charles E. Rendlen III |
| HH ST. LOUIS RAILWAY LP, | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE THAT David A. Sosne, Brian J. LaFlamme and the firm of Summers Compton Wells LLC, counsel for HH St. Louis Railway LP ("HH Railway"), alleged Debtor herein, have by this document filed its Entry of Appearance and Request for Notices in the above-styled bankruptcy case, and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 respectfully requests that all notices given or required to be given in this proceeding be served upon HH Railway and its attorneys as follows:

> David A. Sosne, Esq.
> Brian J. LaFlamme, Esq.
> Summers Compton Wells LLC
> 8909 Ladue Road
> St. Louis, MO 63124
> (314) 991-4999
> (314) 991-2413 facsimile
> Email: dasattymo@summerscomptonwells.com
> blaflamme@summerscomptonwells.com

> Respectfully Submitted,
>
> SUMMERS COMPTON WELLS LLC

Date: December 2, 2019     By:/s/ David A. Sosne
David A. Sosne (#28365MO)
Brian J. LaFlamme (#49776MO)
8909 Ladue Road
St. Louis, MO 63124
(314) 991-4999/(314) 991-2413 Fax
dasattymo@summerscomptonwells.com
blaflamme@summerscomptonwells.com

#2364276v1                                              1