**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| HH ST. LOUIS RAILWAY LP, | ) | Case No. 19-47030-705 |
| | ) | |
| Debtor. | ) | Honorable Charles E. Rendlen III |
| | ) | |

**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)**
**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned certifies that

HH St. Louis Railway LP is a Missouri limited partnership.  Corporate entities having a 10% or

more direct or indirect interest in HH St. Louis Railway LP consist of:  HH Railway LP; Hudson

St. Louis Railway, LLC; Railway Investors, LLC; and Hudson Real Estate Holdings LLC.


December 2, 2019

HH ST. LOUIS RAILWAY LP
a Missouri limited partnership

    By:  HUDSON ST. LOUIS REAL ESTATE MANAGER LLC,
        a Missouri limited liability company,
        its General Partner

        By:  HH RAILWAY LP,
            a Delaware limited partnership,
            its sole member

            By:  HUDSON REAL ESTATE MANAGER, LLC,
                a Florida limited liability company,
                Its:  General Partner

                By:  /s/ Andrew Greenbaum
                Name: Andrew Greenbaum
                Title: Authorized Representative

#2364299v1

Respectfully Submitted,
SUMMERS COMPTON WELLS LLC


By:/s/ David A. Sosne
David A. Sosne (#28365MO)
Brian J. LaFlamme (#49776MO)
8909 Ladue Road
St. Louis, MO 63124
(314) 991-4999/(314) 991-2413 Fax
dasattymo@summerscomptonwells.com
blaflamme@summerscomptonwells.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 2, 2019 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.


/s/ Christina Hauck