# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) Case No. 19-47030-705 |
| | ) |
| **HH ST. LOUIS RAILWAY LP,** | ) Chapter 7 |
| | ) |
| Debtor. | ) Llynn K. White |
| | ) Polsinelli PC |
| | ) 100 South Fourth Street, Suite 1000 |
| | ) St. Louis, Missouri 63102 |
| | ) lwhite@polsinelli.com |

## ENTRY OF APPEARANCE ON BEHALF OF GAMMA REAL ESTATE CAPITAL LLC AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS

COME NOW Llynn K. White and the law firm of Polsinelli PC, pursuant to Bankruptcy Rule 9010(b), and hereby enter their appearance as counsel for Gamma Real Estate Capital LLC in the above-captioned case. Listed below is the additional information required by Bankruptcy Rule 9010(b):

> Llynn K. White
> Polsinelli PC
> 100 South Fourth Street, Suite 1000
> St. Louis, Missouri 63102
> Tel: (314) 889-8000
> Fax: (314) 231-1776
> Email: lwhite@polsinelli.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including, but not limited to notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

1

088752/560767-71530456.1

Dated: December 11, 2019                    Respectfully submitted,

                                                  POLSINELLI PC

By: */s/ Llynn K. White*
    Llynn K. White (#44933MO)
    lwhite@polsinelli.com
    100 S. Fourth Street, Suite 1000
    St. Louis, MO 63102
    (314) 889-8000
    Fax No.: (314) 231-1776

ATTORNEYS FOR CREDITOR
GAMMA REAL ESTATE CAPITAL LLC

2

088752/560767-71530456.1

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri this 11th day of December, 2019 to all parties listed below:

Brian James LaFlamme
David A. Sosne
Summers Compton Wells LLC
8909 Ladue Rd.
St. Louis, MO  63124

John Talbot Sant, Jr.
Affinity Law Group
1610 Des Peres Rd., Ste. 100
St. Louis, MO  63131

Gene J. Brockland
Brian M. Wacker
SmithAmundsen, LLC
120 S. Central, Suite 700
St. Louis, MO 63105

U.S. Trustee
Office of the U.S. Trustee
111 S. Tenth St., Ste. 6.353
St. Louis, MO  63102

                                      */s/ Rebecca M. O'Brien*

088752/560767-71530456.1